IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BEN ROTEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 24-1150-CFC-EGT |
| | ) | |
| CORRECTIONAL OFFICER FIELDS | ) | |
| and CORRECTIONAL OFFICER | ) | |
| TEHUME, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

At Wilmington on this 22nd day of June in 2026, having considered the Report

and Recommendation by United States Magistrate Judge Eleanor G. Tennyson filed

on June 2, 2026 (D.I. 32), and Plaintiff's Objections (D.I. 33);

It is HEREBY ORDERED that:

1.    Plaintiff's Objections (D.I. 33) are **OVERRULED** and the Magistrate

Judge's Report and Recommendation (D.I. 32) is **ADOPTED**.

2.    Defendants' motion to dismiss (D.I. 21) is **GRANTED**.

3.    Plaintiff is **GRANTED** leave to file an amended pleading on or before

**July 22, 2026**.

_____
Chief Judge