IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BEN ROTEN,<br><br>Plaintiff,<br><br>v.<br><br>CORRECTIONAL OFFICER FIELDS and CORRECTIONAL OFFICER TEHUME,<br><br>Defendants. | ) | C.A. No. 24-1150-CFC-EGT |

**ORDER**

At Wilmington on this Sixth Day of November in 2026, having considered the Report and Recommendation by United States Magistrate Judge Eleanor G. Tennyson filed on August 17, 2026 (D.I. 40) and Plaintiff's Objections (D.I. 41), it is HEREBY ORDERED that:

1. Plaintiff's Objections (D.I. 41) are **OVERRULED** and the Magistrate Judge's Report and Recommendation (D.I. 40) is **ADOPTED**.

2. Plaintiff's motion for summary judgment (D.I. 23) and Plaintiff's motion for injunctive relief styled as a motion to compel (D.I. 28) are **DENIED**.

Chief Judge